## M'CURDY v. MATHER.

The plaintiff is not at liberty to withdraw his action after verdict of the jury is returned; nor after a return of arbitrators or auditors; nor after the court have expressed the substance of a decree in chancery, though no bill in form be passed.

THIS was a petition in chancery. After a hearing, and the court had formed their opinion, and directed the clerk to minute it, that a bill in form might be drawn; but before the bill in form had passed, the petitioner moved for leave to withdraw, which was denied.

By the COURT.    In a suit at law, the plaintiff is not at liberty to withdraw his action after verdict of the jury is returned, though before it is accepted by the court; nor upon return of arbitrators, or auditors; for if that were admitted, it would always be in the power of the plaintiff to avoid a judgment against himself, when he had discovered how it would be rendered. Those reasons are equally applicable to the present case. The court having expressed the substance of the decree, though it shall be not reduced to form, shall be conclusive; and if either party is dissatisfied, and hath ground for relief, he is to seek it by bill of review.